UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 18-01854 (ABJ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

### JOINT STATUS REPORT

The parties, by counsel and pursuant to this Court's order of September 18, 2018, respectfully submit this joint status report:

1. At issue in this Freedom of Information Act (FOIA) lawsuit is Plaintiff Judicial Watch, Inc.'s May 29, 2018 request to Defendant, the United States Department of Justice, seeking the following records from January 2016 to the present:

   a. All records from the Office of the Deputy Attorney General relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limted to all records of communications about and with Fusion GPS officials, Nellie Ohr and Christopher Steele.

   b. All records from the office of former Associate Deputy Attorney General Bruce G. Ohr relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to all records of communications (including those of former Associate Deputy Attorney General Ohr) about and with Fusion GPS officials, Nellie Ohr and Christopher Steele.

   c. All records from the office of the Director of the Organized Crime Drug Enforcement Task Force relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to all records of communications (including those of former OCDETF Director Bruce Ohr) about and with Fusion GPS officials, Nellie Ohr and Christopher Steele.

2. Plaintiff's request requires the coordination of efforts on the part of several different components within the Department of Justice, including OCDETF, the Criminal Division, and the Office of the Deputy Attorney General ("ODAG"). FOIA requests directed to ODAG are processed by the DOJ's Office of Information Policy ("OIP").

3. Plaintiff filed its complaint on August 7, 2018. Defendant answered on September 13, 2018. The parties have met and conferred regarding a schedule by which the Defendant will make its production of responsive, non-exempt records. Although these discussions have been productive, the parties have yet to reach consensus on a schedule for completion of the Plaintiff's search and processing of any potentially responsive records. The parties believe that a one-week extension for further discussions will be beneficial in order to set a schedule for this case.

WHEREFORE, the parties respectfully propose filing a further status report with the Court no later than October 19, 2018.

Respectfully submitted,

/s/*Ramona R. Cotca*
Ramona R. Cotca (D.C. Bar No. 501159)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172
rcotca@judicialwatch.org

*Counsel for Plaintiff*

October 12, 2018

CHAD READLER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

/s/ *Michael J. Gerardi*
Michael J. Gerardi (D.C. Bar No. 1017949)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 12212
Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendant*