UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 18-01854 (ABJ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) | |

### JOINT STATUS REPORT

The parties, by counsel and pursuant to this Court's order of April 16, 2019, respectfully submit this joint status report:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is Plaintiff Judicial Watch, Inc.'s May 29, 2018 request to the Office of Information Policy ("OIP"), the Criminal Division ("CRM"), and the Organized Crime Drug Enforcement Task Force ("OCDETF"), each of which is a component of Defendant, the United States Department of Justice. This request seeks the following records from January 2016 to the present:

    a. All records from the Office of the Deputy Attorney General relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to all records of communications about and with Fusion GPS officials, Nellie Ohr and Christopher Steele.

    b. All records from the office of former Associate Deputy Attorney General Bruce G. Ohr relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to all records of communications (including those of former Associate Deputy Attorney General Ohr) about and with Fusion GPS officials, Nellie Ohr and Christopher Steele.

    c. All records from the office of the Director of the Organized Crime Drug Enforcement Task Force relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to

      all records of communications (including those of former OCDETF
      Director Bruce Ohr) about and with Fusion GPS officials, Nellie Ohr
      and Christopher Steele.

  2.  In their status report submitted March 19, 2019, the parties provided the following report to the Court regarding processing:

- With respect to part (a) of Plaintiff's request, the search is continuing to move its way through OIP's current backlog of FOIA cases as explained in the parties' status report of October 19, 2018, ECF No. 8. Defendant will continue to undertake other searches and document productions during this time in response to parts (b) and (c).

- With respect to part (b) of Plaintiff's request, after completing a preliminary review of records, OIP, on behalf of the Office of the Deputy Attorney General, and CRM have identified approximately 500 pages of potentially responsive agency records for processing. Defendant will make rolling responses to Plaintiff on the first of each month, beginning May 1, 2019, with a final response no later than July 1, 2019.

- With respect to part (c) of Plaintiff's request, OCDETF's processing of Plaintiff's request is ongoing, and Defendant would make its next interim response on April 1, 2019.

  3.  On May 1, 2019, OCDETF released an additional 72 pages of records responsive to part (c) of Plaintiff's request. In addition, OIP released 171 pages of records responsive to part (b) of Plaintiff's request, and CRM released 5 pages of records responsive to part (b).

  4.  The parties propose submitting a further status report on June 14, 2019, after Defendants make their next rolling release of records on June 3, 2019.

| | |
|---|---|
| Respectfully submitted, | May 10, 2019 |
| /s/*Ramona R. Cotca* <br> Ramona R. Cotca (D.C. Bar No. 501159) <br> JUDICIAL WATCH, INC. <br> 425 Third Street S.W., Suite 800 <br> Washington, DC 20024 <br> (202) 646-5172 <br> rcotca@judicialwatch.org <br><br> *Counsel for Plaintiff* | HASHIM MOOPPAN <br> Deputy Assistant Attorney General <br><br> ELIZABETH J. SHAPIRO <br> Deputy Branch Director <br><br> /s/ *Michael J. Gerardi* <br> Michael J. Gerardi (D.C. Bar No. 1017949) <br> Trial Attorney <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L St. NW, Room 12212 <br> Washington, DC 20005 <br> Tel: (202) 616-0680 <br> Fax: (202) 616-8460 <br> E-mail: michael.j.gerardi@usdoj.gov <br><br> *Counsel for Defendant* |