UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 18-01854 (ABJ) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to this Court's minute order of September 11, 2020, provide the following status report to the Court:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is Plaintiff Judicial Watch, Inc.'s May 29, 2018 request to the Office of Information Policy ("OIP"), the Criminal Division ("CRM"), and the Organized Crime Drug Enforcement Task Force ("OCDETF"), each of which is a component of Defendant, the United States Department of Justice. This request seeks the following records from January 2016 to the present:

    a. All records from the Office of the Deputy Attorney General relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to all records of communications about and with Fusion GPS officials, Nellie Ohr and Christopher Steele.

    b. All records from the office of former Associate Deputy Attorney General Bruce G. Ohr relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to all records of communications (including those of former Associate Deputy Attorney General Ohr) about and with Fusion GPS officials, Nellie Ohr and Christopher Steele.

    c. All records from the office of the Director of the Organized Crime Drug Enforcement Task Force relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to

      all records of communications (including those of former OCDETF
      Director Bruce Ohr) about and with Fusion GPS officials, Nellie Ohr
      and Christopher Steele.

  2.  On March 20, 2020, OIP made its fourteenth interim release responsive to Plaintiff's request. OIP completed processing an additional 1,195 pages containing records responsive to Plaintiff's requests, and released 196 of those pages.

  3.  Towards the end of OIP's review process for the remaining potentially responsive classified records it has collected to date in response to Plaintiff's request (which currently stands at approximately 1600 pages of potentially responsive records), OIP discovered possible leads for other potentially responsive documents that previously conducted searches may not have captured. OIP will send all potentially responsive records out for consultation once these supplemental searches are completed and the results have been processed by OIP. OIP anticipates that it will be in a position to send records out for consultation on January 29, 2021. In light of these circumstances, the parties will submit a further joint status report on February 10, 2021, at which point the parties anticipate they will be able to provide the Court with an estimated date for the completion of consultation and the release of the remaining records to Plaintiff.

| | |
|---|---|
| Respectfully submitted, | December 11, 2020 |
| /s/*Ramona R. Cotca* | JEFFREY BOSSERT CLARK |
| Ramona R. Cotca (D.C. Bar No. 501159) | Acting Assistant Attorney General |
| JUDICIAL WATCH, INC. | |
| 425 Third Street S.W., Suite 800 | ELIZABETH J. SHAPIRO |
| Washington, DC 20024 | Deputy Branch Director |
| Tel.: (202) 646-5172, ext. 328 | |
| Fax: (202) 646-5199 | /s/ *Michael J. Gerardi* |
| Email: rcotca@judicialwatch.org | Michael J. Gerardi (D.C. Bar No. 1017949) |
| | Trial Attorney |
| | United States Department of Justice |

*Counsel for Plaintiff*                     Civil Division, Federal Programs Branch
                                            1100 L St. NW, Rm. #12212
                                            Washington, D.C. 20005
                                            Tel: (202) 616-0680
                                            Fax: (202) 616-8460
                                            E-mail: michael.j.gerardi@usdoj.gov

                                            *Attorneys for Defendant*