UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. 18-01854 (ABJ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant.* | ) ) | |

### JOINT STATUS REPORT

The parties, by counsel and pursuant to this Court's minute order of September 28, 2022, provide the following status report to the Court:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is Plaintiff Judicial Watch, Inc.'s May 29, 2018 request to the Office of Information Policy ("OIP"), the Criminal Division ("CRM"), and the Organized Crime Drug Enforcement Task Force ("OCDETF"), each of which is a component of Defendant, the United States Department of Justice. This request seeks the following records from January 2016 to the present:

   a. All records from the Office of the Deputy Attorney General relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to all records of communications about and with Fusion GPS officials, Nellie Ohr and Christopher Steele.

   b. All records from the office of former Associate Deputy Attorney General Bruce G. Ohr relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to all records of communications (including those of former Associate Deputy Attorney General Ohr) about and with Fusion GPS officials, Nellie Ohr and Christopher Steele.

   c. All records from the office of the Director of the Organized Crime Drug Enforcement Task Force relating to Fusion GPS, Nellie Ohr and/or British national Christopher Steele, including but not limited to

all records of communications (including those of former OCDETF Director Bruce Ohr) about and with Fusion GPS officials, Nellie Ohr and Christopher Steele.

2. DOJ has completed its search and processing of the requested records, and transmitted its final interim response to Plaintiff on February 10, 2022.

3. The parties continue to confer in good faith to reach a settlement of all claims in this case, including Plaintiff's claims for attorney's fees and costs.

4. The parties propose submitting a status report no later than January 15, 2022 to advise the court of settlement negotiations and propose further proceedings, as necessary.

|  |  |
|---|---|
| Respectfully submitted, | November 15, 2022 |
| /s/*Ramona R. Cotca* | BRIAN M. BOYNTON |
| Ramona R. Cotca (D.C. Bar No. 501159) | Principal Deputy Assistant Attorney General |
| JUDICIAL WATCH, INC. | |
| 425 Third Street S.W., Suite 800 | ELIZABETH J. SHAPIRO |
| Washington, DC 20024 | Deputy Branch Director |
| Tel.: (202) 646-5172, ext. 328 | |
| Fax: (202) 646-5199 | /s/ *Michael J. Gerardi* |
| Email: rcotca@judicialwatch.org | Michael J. Gerardi (D.C. Bar No. 1017949) |
|  | Trial Attorney |
| *Counsel for Plaintiff* | United States Department of Justice |
|  | Civil Division, Federal Programs Branch |
|  | 1100 L St. NW, Rm. #12212 |
|  | Washington, D.C. 20005 |
|  | Tel: (202) 616-0680 |
|  | Fax: (202) 616-8460 |
|  | E-mail: michael.j.gerardi@usdoj.gov |
|  | |
|  | *Attorneys for Defendant* |