# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:18-cv-1854 (ABJ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc. and Defendant United States Department of Justice hereby stipulate and agree to dismissal of this action with prejudice.

Dated: December 5, 2022

*/s/Ramona R. Cotca*
Ramona R. Cotca (D.C. Bar No. 501159)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Tel.:    (202) 646-5172, ext. 328
Fax:    (202) 646-5199
Email:  rcotca@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/Michael J. Gerardi*

Michael J. Gerardi
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW, Rm. 12212
Washington, D.C. 20005
Tel.:    (202) 616-0680
E-mail: Michael.j.gerardi@usdoj.gov

*Counsel for Defendant*

*Counsel for Defendant*